# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159950

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEONARD LEWIS KING,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159950
COA: 346794
Livingston CC:   13-021340-FH
                  13-021416-FH

On order of the Court, the application for leave to appeal the June 14, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

b0323